# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-243 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| JACOB RUFF, JR., | : | |
| Defendant. | : | |

## ORDER APPOINTING THE PUBLIC DEFENDER AS COUNSEL

This case is before the Court upon Defendant's request for appointment of counsel pursuant to 18 U.S.C. §3006A. The Court concludes that Defendant is financially unable to obtain counsel.

IT IS ACCORDINGLY ORDERED that the Federal Public Defender for the Southern District of Ohio be assigned to represent the Defendant in this case.

June 5, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge