**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-243 |
| | : | |
| Plaintiff, | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| JACOB RUFF, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Upon request of the United States of America, it is ordered that a detention hearing is set

for June 8, 2023 at 2:00 p.m. before United States Magistrate Judge Peter B. Silvain, Jr., via

GoToMeeting.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

June 5, 2023
_____

*s/Peter B. Silvain, Jr.*
_____
Peter B. Silvain, Jr.
United States Magistrate Judge